**Order entered September 9, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00928-CV**
**No. 05-20-00929-CV**
**No. 05-20-00930-CV**
**No. 05-20-01005-CV**
**No. 05-20-01006-CV**

**CONTINENTAL  HERITAGE INSURANCE COMPANY, AGENT PAT KINNARD, D/B/A PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-59990-I, F17-59991-I, F17-59992-I**

**On Appeal from the 291st Judicial Dsitrict Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-41976-U**

**On Appeal from Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-18863-J**

**ORDER**

Before the Court is Appellant's August 31, 2022 Motion to Extend Time for Oral Argument on September 20, 2022.

We **GRANT** the Motion. Appellant and Appellee may each have an additional ten minutes to present oral argument on September 20, 2022.

/s/    DAVID J. SCHENCK
       PRESIDING JUSTICE